FILED
U.S. DISTRICT COURT
DUBLIN DIV.

2006 MAY 15  PM 4: 49

CLERK ___BMcCarthy___
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

UNITED STATES OF AMERICA        *

VS.                             *       CRIMINAL ACTION NO. 305-14

JOHNNY LEE WHIPPLE

### ORDER

IT IS HEREBY ORDERED that due to the nature and size of the below listed exhibits, which were submitted by the Government during the jury trial in the above captioned case, the stated exhibits are to be returned to counsel for the United States of America for safekeeping or production in the Court of Appeals, if necessary.

SO ORDERED this 15th day of May, 2006.

_____
DUDLEY H. BOWEN, JR., JUDGE
UNITED STATES DISTRICT COURT

Government's Exhibits 1 through 8 (letter size documents substituted)
Government's Exhibit 10 (firearm)
Government's Exhibit 11 (ammunition)